No. 04–6302. SMITH *v.* UNITED STATES. C. A. 6th Cir. Reported below: 100 Fed. Appx. 524;

No. 04–7175. SENN *v.* UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 247;

No. 04–7290. JIMENEZ-CID *v.* UNITED STATES. C. A. 5th Cir. Reported below: 104 Fed. Appx. 436;

No. 04–7798. FRANCIS *v.* UNITED STATES. C. A. 8th Cir. Reported below: 367 F. 3d 805;

No. 04–7844. SMITH v. UNITED STATES. C. A. 11th Cir. Reported below: 385 F. 3d 1342;

No. 04–7888. LEWIS v. UNITED STATES. C. A. 9th Cir. Reported below: 111 Fed. Appx. 876;

No. 04–7903. DEASON v. UNITED STATES. C. A. 5th Cir. Reported below: 124 Fed. Appx. 222;

No. 04–7907. MOHR v. UNITED STATES. C. A. 8th Cir. Reported below: 382 F. 3d 857;

No. 04–7917. ARMSTEAD, AKA WOODSON v. UNITED STATES. C. A. 3d Cir. Reported below: 117 Fed. Appx. 182;

No. 04–7921. MANDILE v. UNITED STATES. C. A. 11th Cir. Reported below: 122 Fed. Appx. 986;

No. 04–7942. BURNETTE v. UNITED STATES. C. A. 1st Cir. Reported below: 375 F. 3d 10;

No. 04–7957. WALKER v. UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 977;

No. 04–7985. GUTIERREZ v. UNITED STATES. C. A. 5th Cir. Reported below: 110 Fed. Appx. 407;

No. 04–7986. GORE v. UNITED STATES. C. A. 4th Cir. Reported below: 102 Fed. Appx. 292;

No. 04–7991. GUZMAN-REYES v. UNITED STATES. C. A. 5th Cir. Reported below: 113 Fed. Appx. 607;

No. 04–8030. VILLANUEVA v. UNITED STATES. C. A. 5th Cir. Reported below: 111 Fed. Appx. 312;

No. 04–8041. EVANS v. UNITED STATES. C. A. 1st Cir.;

No. 04–8065. EDWARDS v. UNITED STATES. C. A. 5th Cir. Reported below: 107 Fed. Appx. 420;

No. 04–8071. MENDOZA-MESA v. UNITED STATES. C. A. 8th Cir. Reported below: 384 F. 3d 951;

No. 04–8073. JOHNSON v. UNITED STATES. C. A. 4th Cir. Reported below: 112 Fed. Appx. 266;

No. 04–8074. MARSHEK v. UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 248;

No. 04–8075. LOWE v. UNITED STATES. C. A. 6th Cir. Reported below: 110 Fed. Appx. 574;

No. 04–8114. RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Reported below: 112 Fed. Appx. 335;

No. 04–8128. BOWENS v. UNITED STATES. C. A. 5th Cir. Reported below: 108 Fed. Appx. 945;

No. 04–8130. AARON v. UNITED STATES. C. A. 5th Cir. Reported below: 110 Fed. Appx. 421;

No. 04–8162. ROSS v. UNITED STATES. C. A. 11th Cir. Reported below: 123 Fed. Appx. 386;

No. 04–8173. HARRIS v. UNITED STATES. C. A. 4th Cir. Reported below: 110 Fed. Appx. 356;

No. 04–8187. SOLLEDER v. UNITED STATES. C. A. 5th Cir. Reported below: 111 Fed. Appx. 738;

No. 04–8189. HUDSON v. UNITED STATES. C. A. 4th Cir. Reported below: 97 Fed. Appx. 427;

No. 04–8207. HOLT v. UNITED STATES. C. A. 6th Cir. Reported below: 106 Fed. Appx. 976;

No. 04–8216. SIMPSON v. UNITED STATES. C. A. 6th Cir. Reported below: 116 Fed. Appx. 736;

No. 04–8217. SANCHEZ-CARRASCO v. UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 756;

No. 04–8238. JACKSON v. UNITED STATES. C. A. 4th Cir. Reported below: 109 Fed. Appx. 550;

No. 04–8255. JUAREGUI-VILLAREAL v. UNITED STATES. C. A. 9th Cir. Reported below: 111 Fed. Appx. 520;

No. 04–8262. BOWKER v. UNITED STATES. C. A. 6th Cir. Reported below: 372 F. 3d 365;

No. 04–8274. SMITH v. UNITED STATES. C. A. 6th Cir. Reported below: 110 Fed. Appx. 559;

No. 04–8275. DELAROSA CIVIL, AKA DELAROSA MARTINEZ v. UNITED STATES. C. A. 5th Cir. Reported below: 112 Fed. Appx. 968;

No. 04–8296. HOANG VAN NGUYEN v. UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 239;

No. 04–8298. LOREDO-TORRES, AKA VEGA PEREZ v. UNITED STATES. C. A. 5th Cir. Reported below: 110 Fed. Appx. 445;

No. 04–8299. MARTINEZ v. UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 285;

No. 04–8301. BATTEN v. UNITED STATES. C. A. 5th Cir. Reported below: 112 Fed. Appx. 345;

No. 04–8303. ARIAS-HERNANDEZ ET AL. v. UNITED STATES; AVILES-JAIMES v. UNITED STATES; CORTEZ-ESPINOZA v. UNITED STATES; GONZALEZ-TREJO v. UNITED STATES; MENDEZ-MARROQUIN v. UNITED STATES; MACIAS ORTIZ v. UNITED STATES; and PEREZ-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Reported below: 110 Fed. Appx. 427 (sixth judgment) and 460 (fourth judgment); 111 Fed. Appx. 336 (seventh judgment), 337 (third

judgment), 744 (first judgment), and 745 (fifth judgment); 112 Fed. Appx. 341 (second judgment);

No. 04–8304. MARTINEZ ALFARO ET AL. *v.* UNITED STATES (Reported below: 110 Fed. Appx. 430); AVILA-FERNANDEZ *v.* UNITED STATES (111 Fed. Appx. 328); CANO-ROBLEDO *v.* UNITED STATES (110 Fed. Appx. 429); CASTOR-LOZANO *v.* UNITED STATES (111 Fed. Appx. 317); CONTRERAS-TERRAZAS *v.* UNITED STATES (110 Fed. Appx. 450); FRAUSTO-GARCIA *v.* UNITED STATES (111 Fed. Appx. 319); GARCIA *v.* UNITED STATES (111 Fed. Appx. 318); HERNANDEZ-DE LA TORRE *v.* UNITED STATES (111 Fed. Appx. 316); JAQUEZ-TENORIO *v.* UNITED STATES (111 Fed. Appx. 318); MARRUFO-GUTIERREZ *v.* UNITED STATES (110 Fed. Appx. 432); MIRANDA MOYA *v.* UNITED STATES (110 Fed. Appx. 429); SANCHEZ-MORALES *v.* UNITED STATES (111 Fed. Appx. 316); NAVARRO-MOLINA *v.* UNITED STATES (111 Fed. Appx. 321); HERRERA NUNEZ *v.* UNITED STATES (110 Fed. Appx. 428); NUNEZ-RETAMA *v.* UNITED STATES (110 Fed. Appx. 465); RAMIREZ-VIRUETE *v.* UNITED STATES (111 Fed. Appx. 320); ROBLES-VERTIZ *v.* UNITED STATES (110 Fed. Appx. 428); RODRIGUEZ-MEDINA *v.* UNITED STATES (111 Fed. Appx. 329); and VILLALOBOS-LOPEZ *v.* UNITED STATES (110 Fed. Appx. 464). C. A. 5th Cir.;

No. 04–8305. GONZALEZ-AMARO ET AL. *v.* UNITED STATES; and RIOS-MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Reported below: 110 Fed. Appx. 464 (first judgment); 111 Fed. Appx. 749 (second judgment);

No. 04–8315. CANTU-MARICHALAR *v.* UNITED STATES. C. A. 5th Cir. Reported below: 111 Fed. Appx. 323;

No. 04–8318. PAGHENSE *v.* UNITED STATES. C. A. 2d Cir. Reported below: 110 Fed. Appx. 168;

No. 04–8328. HACKWORTH *v.* UNITED STATES. C. A. 5th Cir.;

No. 04–8355. GARCIA *v.* UNITED STATES; and BROOKS *v.* UNITED STATES. C. A. 5th Cir. Reported below: 110 Fed. Appx. 434 (first judgment); 111 Fed. Appx. 323 (second judgment);

No. 04–8356. GRAY *v.* UNITED STATES. C. A. 11th Cir. Reported below: 123 Fed. Appx. 387;

No. 04–8359. DE LA OSSA *v.* UNITED STATES. C. A. 11th Cir. Reported below: 124 Fed. Appx. 642;

No. 04–8380. RAMOS-BIRRUETA *v.* UNITED STATES; CENICEROS-FLORES *v.* UNITED STATES; CHAVEZ-CRUZ *v.* UNITED STATES (Reported below: 114 Fed. Appx. 347); ESPINO-MERCADO *v.* UNITED STATES; GRANADOS-MORENO *v.* UNITED STATES;

HERNANDEZ-HERNANDEZ v. UNITED STATES (387 F. 3d 799); LABRA-VALLADARES v. UNITED STATES (114 Fed. Appx. 348); MENDEZ-MEJIA v. UNITED STATES; OROSCO RIOS v. UNITED STATES; TABARES-RIVERA v. UNITED STATES (113 Fed. Appx. 763); and VEGA-LEON v. UNITED STATES. C. A. 9th Cir.;

No. 04–8389. SAUNDERS v. UNITED STATES. C. A. 11th Cir. Reported below: 124 Fed. Appx. 642;

No. 04–8401. ALPERT v. UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 248;

No. 04–8431. PEREZ v. UNITED STATES. C. A. 11th Cir.; and

No. 04–8442. PIERCE v. UNITED STATES. C. A. 11th Cir. Reported below: 112 Fed. Appx. 4. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker, ante,* p. 220.